**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BLAKE TIBBETTS | No. |

**INFORMATION**

The United States Attorney charges:

**<u>COUNT ONE</u>**
**(Transmitting Threatening Interstate Communication)**

On about September 14, 2025, in the District of Maine, the defendant,

**BLAKE TIBBETTS**,

knowingly, willfully, and recklessly transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, the defendant used the internet to make a post on X, a social media website, in which he used a racial epithet in an angry exchange with another X user and threatened to pay “a visit VERY soon” to that user’s “kind”, sending “them” his “condolences.”

In violation of Title 18, United States Code, Section 875(c).

Date: March 25, 2026

Andrew B. Benson
United States Attorney

*<u>/s/ F. Todd Lowell</u>*
F. Todd Lowell
Assistant United States Attorney