**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No: 2:26-cr-00029-LEW |
| BLAKE TIBBETTS | **FILED UNDER SEAL** |

**UNOPPOSED MOTION FOR DETENTION**

NOW COMES the United States, by and through its attorney, and requests that this Court detain the defendant pursuant to 18 U.S.C. § 3143.

1. **Basis for Detention Order**.  A detention order is appropriate because the defendant has pleaded guilty and he cannot establish that he is not likely to flee or pose a danger to any other person or the community. 18 U.S.C. § 3143(a). The defendant has been in the custody of the State of Maine since September 15, 2025, on charges related to the conduct that is described in general terms in the Prosecution Version filed in this case; he has been unable to meet the bail imposed by the court.

2. **Date of Detention Hearing and Length**.  The United States requests the Court to make the detention determination when the defendant pleads guilty to the filed information. The defendant agrees that a detention order is appropriate. His presence in federal court has been secured by a writ and the defendant will return to state custody after his appearance today. Any federal detention order would take effect if the defendant were to meet the requirements of the bail imposed in the defendant's state case.

Date:  April 27, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

By:    */s/ F. Todd Lowell*
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Todd.Lowell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, I filed the Government's Motion for Detention with the Clerk of Court via email. A copy of the Motion was also sent via email to:

Stephen Sweatt
stephen@zerillolaw.com

ANDREW B. BENSON
United States Attorney

By:     */s/ F. Todd Lowell*
        Assistant United States Attorney
        United States Attorney's Office
        100 Middle Street
        Portland, ME 04101
        (207) 780-3257
        Todd.Lowell@usdoj.gov